689 A.2d 725

IN THE MATTER OF JOHN K. MEDFORD,
AN ATTORNEY AT LAW.

March 13, 1997.

## ORDER

The Disciplinary Review Board on November 26, 1996, having filed with the Court its decision concluding that **JOHN K. MED-FORD** of **ALPINE,** who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of three months for his violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.15(b) (failure to promptly deliver funds to client), *RPC* 1.16(d) (failure to surrender client file on termination of representation), *RPC* 5.5(a) (practicing law while ineligible), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **JOHN K. MEDFORD** is hereby suspended from the practice of law for a period of three months, effective April 7, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.